1
JOHN P. SUTTON (SBN# 36560)
Attorney at Law
2
2421 Pierce Street
San Francisco, CA 94115-1131
3
Phone: (415) 929-7408
Fax: (415) 922-2885
4
Attorneys for Plaintiff

5
STEVEN E. PAGANETTI (SBN# 087513)
WILD, CARTER & TIPTON
6
246 West Shaw Avenue
Fresno, CA 93704
7
Phone: (559) 224-2131
Fax: (559) 224-8462
8
Attorneys for Defendant

9

## UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11

12
| QUISENBERRY,                    | )   | CASE NO.: 1:06-CV-00339-AWI-TAG |
13
|                                 | )   |                                 |
|               Plaintiff,        | )   |                                 |
14
| v.                              | )   | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |
15
| CHRIS LEAVELLE, ET AL.          | )   |                                 |
16
|                                 | )   |                                 |
|               Defendants.       | )   |                                 |
17
|                                 | )   | **Date:      July 5, 2006** |
18
|                                 | )   | **Time:      10:00 a.m.** |
|                                 |     | **Location:  Bakersfield** |

19

20

21        It is hereby stipulated by and between Plaintiff, Quisenberry and Defendant, Chris

22 Leavelle, individually and doing business as Chrisco Bit, by and through their respective

23 attorneys of record that the Mandatory Scheduling Conference currently set for July 5, 2006, at

24 10:0 a.m., be continued to August 4, 2006, at 9:30 a.m. based upon the following agreed facts.

25        WHEREAS, the Defendant is the moving party for a Motion To Dismiss Pursuant to

26 Federal Rule of Civil Procedure Section 12(b)(5) Hearing which is currently set for July 17,

27 2006, at 1:30 p.m., in Courtroom 2 of the Honorable Anthony W. Ishii,  United States District

28 Court-Eastern District of California;

1

2          WHEREAS, the parties agree that it would be more beneficial to schedule the Mandatory

3   Scheduling Conference after the Motion to Dismiss Hearing is heard;

4          Based upon the above, the parties agree to continue the Mandatory Scheduling

5   Conference from July 5, 2006, at 10:00 a.m., to August 4, 2006, at 9:30 a.m.

6   Dated:  June 29, 2006 28, 2006                    JOHN P. SUTTON
                                                      Attorney at Law
7

8                                                     By:_____/s/_____
                                                         John P. Sutton, Attorneys for Plaintiff
9

10  Dated: June 28, 2006                              WILD, CARTER & TIPTON
                                                      A Professional Corporation
11

12                                                    By:_____/s/_____
                                                         Steven E. Paganetti, Attorneys for
13                                                       Defendant

14  IT IS SO ORDERED.

15  Dated:   **June 29, 2006**                        _____**/s/ Theresa A. Goldner**_____
    **j6eb3d**                                         UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE