**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUINTON Q. QUISINBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS LEAVELLE dba CHRISCO BIT,<br>JIM PATTERSON, BURNETT, LARA,<br><br>Defendants. | CASE NO. 1:06-cv-00339 AWI TAG<br><br>**ORDER REQUIRING JOINT<br>SCHEDULING REPORT and**<br><br>**ORDER VACATING AND<br>RESCHEDULING SCHEDULING<br>CONFERENCE** |

**Background**

On March 27, 2006, Plaintiff Quinton Q. Quisinberry filed his complaint against Defendants Cris Leavelle dba Chrisco Bit, Jim Patterson, et al. (Doc. 1). An initial scheduling conference was set for June 28, 2006 (Doc. 3), reset to July 5, 2006 (Doc. 5), and continued to August 4, 2006 by stipulation and order. (Doc. 12).

On June 29, 2006, Plaintiff filed a "Joint Scheduling Conference Statement" signed only by Plaintiff and without benefit of any input from Defendants. (Doc. 11). Likewise, on July 28, 2006, Defendants filed their own "Joint Scheduling Report" setting forth their own legal theories, defenses and contested facts, but without benefit of any input from Plaintiffs. (Doc. 20).[1]

Neither the "Joint Scheduling Conference Statement" submitted by Plaintiff nor the "Joint Scheduling Report" submitted by Defendants is "joint" in any sense of the word. Both pleadings violate Fed. R. Civ. P. 26(f), which states:

---

[1] In the meantime, Defendants filed a motion to dismiss. (Doc. 6). The District Court declined to dismiss the case, but instead quashed a summons that had been served improperly upon defense counsel. (Doc. 15).

1

> **Conference of Parties; Planning for Discovery.**
> . . . [T]he parties must, as soon as practicable and in any event at least 21 days before a scheduling conference is held or a scheduling order is due uner rule 16(b), ***confer*** to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and ***to develop a proposed discovery plan*** . . . . ***The attorneys of record and all unrepresented parties that have appeared in the case are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court within 14 days after the conference a written report outlining the plan.***

Fed. R. Civ. P. 26(f) (bold italics added).

Given the parties' failure to comply with the Federal Rules of Civil Procedure in this case, IT IS HEREBY ORDERED that the parties shall meet and confer as contemplated by Rule 26(f) and shall **file by August 11, 2006**, an Amended Joint Scheduling Report setting forth - in one document - the discovery plan and additional information required by Rule 26(f).

IT IS FURTHER ORDERED that the Scheduling Conference currently set for August 4, 2006, at 9:30 a.m. is VACATED and **RESCHEDULED to August 17, 2006**, at 9:30 a.m. before United States Magistrate Judge Theresa A. Goldner, in chambers at 1200 Truxtun Avenue, Suite 120, Bakersfield, California 93301.  The parties may appear by telephone at the Scheduling Conference, provided (1) they submit an electronic request to do so, no later than Friday, August 11, 2006; and (2) in the event that more than one party shall request to appear by telephone, the requesting parties shall make mutually acceptable advance arrangements with opposing counsel and any unrepresented parties regarding the initiation of a single telephone call to Judge Goldner's chambers at the time of the Scheduling Conference (with all telephonically-appearing parties on the call ).  Electronic requests must be submitted to tagorders@caed.uscourts.gov.  The telephone number of Judge Goldner's chambers is 661-326-6620.

**FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated:   **July 31, 2006**                                                   /s/ Theresa A. Goldner

1 | **j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE

3