# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON Q. QUISINBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS LEAVELLE dba CHRISCO BIT,<br><br>Defendants. | CASE NO. 1:06-cv-00339 AWI TAG<br><br>**ORDER ALLOWING FILING OF CORRECTED FIRST AMENDED COMPLAINT**<br><br>(Doc. 28) |

The parties having stipulated on September 11, 2006, to the filing of a Corrected First Amended Complaint (Doc. 29), such stipulation being expressly permitted by Fed. R. Civ. P. 15(a), and Defendant having filed its Answer to the Corrected First Amended Complaint on September 19, 2006 (Doc. 31),

IT IS HEREBY ORDERED that the Corrected First Amended Complaint (Doc. 29) be FILED, nunc pro tunc to September 11, 2006.

IT IS SO ORDERED.

Dated:   **September 27, 2006**                                 /s/ Theresa A. Goldner
**j6eb3d**                                                                UNITED STATES MAGISTRATE JUDGE

1