JOHN P. SUTTON (CA SBN 36560)
Attorney at Law
2421 Pierce Street
San Francisco, CA 94115-1131
Telephone: (415) 929-7408
Facsimile: (415) 922-2885
Attorney for the Plaintiff

**ORIGINAL**

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on
Lodged
FEB 0 5 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NOTICE OF NONCOMPLIANCE
See L.R. 5-133(a) & (d)(3)
Filed in Paper on
FEB 7 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

(Fresno Division)

| | |
|---|---|
| QUISENBERRY, <br><br> Plaintiff, <br><br> vs. <br><br> CHRIS LEAVELLE, DBA CHRISCO BIT, <br><br> Defendant | Case No.: 06 CV 00339 AW1 <br><br> STIPULATED JUDGMENT AND INJUNCTION |

  The parties having resolved their differences and settled the dispute, it is stipulated that the above-identified case is administratively dismissed upon entry of the following Injunction:

  1. Defendant Leavelle, his agents, employees and affiliates are hereby enjoined from making, using, selling, offering for sale or importing drill bits incorporating the invention described and claimed in United States Patent Application Serial Number 11/442,041 filed May 26, 2006. In the event that no patent issues on said application, and it is finally rejected with no appeals, continuations, or divisions resulting in a patent, this injunction shall dissolve. In the

STIPULATED JUDGMENT AND INJUNCTION   - 1

1   event that a patent issues on said application, the parties shall agree upon a license to use the
2   patented invention on terms acceptable to both parties. In the event that the parties cannot agree
3   to terms of a license, the injunction shall continue for the life of the patent.

4      2.  Defendant Leavelle, his agents, employees and affiliates are hereby enjoined from
5   using the term "Quiklaw" on drill bits.

6      3.  Defendant Leavelle, his agents, employees and affiliates, are hereby enjoined from
7   representing to anyone that Chrisco Bits were originally manufactured by Quisenberry or Bitco
8   or will perform as a "Quiklaw" drill bit.

9      4.  Because the determination of damages for violation of this injunction is difficult, the
10  parties stipulate that liquidated damages in the amount of five-thousand dollars ($5,000.00) shall
11  be imposed for any sale of a clawbit incorporating the invention of the patent application by
12  Leavelle, his agents, employees or affiliates.

13     It is further stipulated that Leavelle shall be allowed to restore or repair any claw bit that
14  was not manufactured by Quisenberry or Bitco.

15     It is further stipulated that the entry of the following Judgment shall not be construed as
16  an admission of liability.

17     It is hereby adjudged that:

18     1.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement
19  entered into by the parties having a payment schedule.

20     2.  This Judgment shall not be enforceable unless Leavelle is in default in payments
21  under the payment schedule in the Settlement Agreement. In the event Leavelle is in default by
22  more than ten days in making any payment, Quisenberry shall have the right to make an ex parte
23  application for enforcement of this Judgment.

24     3.  Either party to the Settlement Agreement shall have the right to seek relief in this
25  Court for any breach of it by the opposite party.

STIPULATED JUDGMENT AND INJUNCTION  - 2

4. Each party shall bear their attorney's fees and court costs for this civil action.

STIPULATED ON BEHALF OF PLAINTIFF:

2-1-07
Date

*John P. Sutton (signature)*
John P. Sutton (SBN 36560)
2421 Pierce Street
San Francisco, CA 94115
(415) 929-7408
Attorney for Quisenberry

STIPULATED ON BEHALF OF LEAVELLE:

WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, CA 93704
(559) 224- 2131
Attorneys for Leavelle

1/26/07
Date

By *Steven E. Paganetti (signature)*
Steven E. Paganetti (SBN 87513)

THE PARTIES HAVING STIPULATED, IT IS SO ORDERED.

Date  2.5-07

*Anthony Ishi (signature)*
Anthony Ishi
United States District Judge

STIPULATED JUDGMENT AND INJUNCTION  - 3